UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

David A. Rourke,
    Plaintiff

v.                                      C.A. No. 08-528S

Veterans Hospital,
    Defendant

### ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on January 12, 2009 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Plaintiff's Motion for Leave to Proceed in Forma Pauperis is DENIED as moot and Plaintiff's Complaint is DISMISSED as moot.

By Order,

_____/s/ Wendy Leib_____
Deputy Clerk

ENTER:

_____/s/ WSmith_____
William E. Smith
United States District Judge

Date: 1/30/09